UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY R. GARCIA,<br>        Plaintiff,<br>   v.<br>DR. KALISHER, et al.,<br>        Defendants. | Case No. 15-cv-00045-JD<br><br>**ORDER GRANTING EXTENSION**<br>Re: Dkt. No. 24 |

Plaintiff, a state prisoner, filed a pro se civil rights complaint under 42 U.S.C. § 1983. Defendants filed a motion for summary judgment on November 21, 2015. Plaintiff filed a motion for an extension and then the following day an opposition to summary judgment. To the extent plaintiff sought an extension for the opposition, it is deemed timely filed. To the extent plaintiff seeks an extension to file a further opposition because he did not have adequate law library access, he may submit another filing within **fourteen (14) days** from service of this order. Defendants may file an additional reply if they so choose.

**IT IS SO ORDERED.**

Dated: January 26, 2016

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANNY R. GARCIA,

    Plaintiff,

v.

DR. KALISHER, et al.,

    Defendants.

Case No.  15-cv-00045-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 26, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Danny R. Garcia ID: V-30568
California Training Facility North Rainier "A" 112 low
P.O. Box 705
Soledad, CA 93960

Dated: January 26, 2016

Susan Y. Soong
Clerk, United States District Court

By: _____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO